## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PATRICK JOHNSON,       :
                           :   **Civil No. 3:13-CV-481**
     **Plaintiff**      :
                           :
**v.**                        :
                           :   **(Magistrate Judge Carlson)**
**UNITED STATES OF AMERICA,** :
                           :
     **Defendant**      :

## ORDER

AND NOW, this 21st day of April, 2014, in accordance with the accompanying Opinion, IT IS ORDERED the defendant's Summary Judgment Motion (Doc. 21.), and Motion to Dismiss, (Doc. 27.), are GRANTED and the plaintiff's complaint is dismissed.

*S/Martin C.  Carlson*
Martin C. Carlson
United States Magistrate Judge